# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA                                        PLAINTIFF

v.                      NO. 4:12CR00037-01 SWW

REGINALD LAMONT TAYBORN                             DEFENDANT

## ORDER

On July 10, 2012, defendant Reginald Lamont Tayborn ("Tayborn") filed an uncontested motion for psychiatric evaluation and any necessary treatment pursuant to 18 U.S.C. 4241 (b), 18 U.S.C. 4242(a), and 18 U.S.C. 4247(b). See Document 18. The following day, the motion was granted. See Document 20.

The United States Marshal ("Marshal") has now advised the Court that Tayborn has been designated to the Federal Detention Center - Sea Tac ("FDC - Sea Tac") in Seattle, Washington. The Marshal is directed to transport Tayborn to FDC - Sea Tac forthwith.[1]

In accordance with 18 U.S.C. 4247(b) and (c), Tayborn is committed to the custody of the Attorney General, or his authorized representative, for a period not to exceed thirty days for a psychiatric or psychological examination pursuant to 18 U.S.C. 4241 and

---

[1] Based on 18 U.S.C. 3161(h)(1)(F), the time consumed in transporting Tayborn in excess of ten days from today is presumed unreasonable under the Speedy Trial Act.

for a period not to exceed forty-five days for a psychiatric or psychological examination pursuant to 18 U.S.C. 4242. Both time periods exclude any time consumed by transportation.

The facility conducting the examinations will file a report with the district court with copies to Tayborn's attorney and the Assistant United States Attorney.

Eleven days from the date the examination report is received by the district court and the parties, any party who requests a hearing regarding any issue in the report, or who objects to the report, must file a motion for a hearing or a motion in opposition, including a concise statement of opposition to the report and any supporting authorities. If no motions are filed with eleven days, the district court will enter an order adopting or rejecting the conclusions set forth in the report, and the period of excludable delay will end. See 18 U.S.C. 3161(h)(1)(A).

IT IS SO ORDERED this \_\_\_19\_\_\_ day of July, 2012.

_____
UNITED STATES MAGISTRATE JUDGE