IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

vs.  4:12CR00037-001   SWW

REGINALD LAMONT TAYBORN

## ORDER

The above-named defendant, was ordered to undergo a competency evaluation at the Federal Detention Center, SeaTac, Washington on July 11, 2012. The Court has received communication from that facility advising the Court that defendant arrived August 9, 2012 and requesting that the 45-day study begin on that date.

IT IS THEREFORE ORDERED that the 45-day study shall begin as of August 9, 2012. The study period will end on September 23, 2012, with the final report being submitted no later than October 9, 2012. A copy of this order is to be mailed to Federal Detention Center, SeaTac, Washington, 2425 South 200th Street, P. O. Box 13901, Seattle, Washington 98198-1091, to the attention of Dr. Ryan Nybo.

Dated this 23rd day of August 2012.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE